THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUDSON INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>MANIILAQ SERVICES, LLC, an Alaska limited liability corporation; and MANIILAQ ASSOCIATION, an Alaska non-profit corporation,<br><br>            Defendants. | CASE NO. C16-1293-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to reset status conference (Dkt. No. 25). The motion is GRANTED. The status conference set for Tuesday, March 7, 2017 is hereby VACATED. The status conference is RESET for Tuesday, March 21, 2017 at 9:00 a.m.

DATED this 6th day of March 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk