THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUDSON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MANIILAQ SERVICES, LLC, an Alaska limited liability corporation; and MANIILAQ ASSOCIATION, an Alaska non-profit corporation,<br><br>Defendants. | CASE NO. C16-1293-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to reset the status conference scheduled for March 21, 2017 (Dkt. No. 28). This is the parties' third request to continue the status conference, and the request came at the eleventh hour. The motion is GRANTED and the status conference is RESET for Tuesday, April 11, 2017 at 9:00 a.m. However, no further continuances will be granted absent extraordinary circumstances. In-person appearances shall be required at the status conference unless arrangements are made 10 or more days in advance.

//

//

MINUTE ORDER, C16-1293-JCC
PAGE - 1

1      DATED this 22nd day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk