THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUDSON INSURANCE COMPANY, | CASE NO. C16-1293-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MANIILAQ SERVICES, LLC, an Alaska limited liability corporation; and MANIILAQ ASSOCIATION, an Alaska non-profit corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 31). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//
//
//
//

MINUTE ORDER C16-1293-JCC
PAGE - 1

DATED this 20th day of July 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk
